# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America | ) Case: 1:23-mj-00076 |
| v. | ) Assigned to: Judge Meriweather, Robin M. |
| | ) Assign Date: 4/7/2023 |
| Rockne Gerard Earles | ) Description: COMPLAINT W/ ARREST WARRANT |
| | ) |
| | ) |
| | ) |
| Defendant | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

Rockne Gerard Earles

(name of person to be arrested)

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint

☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) (Civil Disorder) ;
18 U.S.C. § 111(a)(1) (Assaulting, Resisting, or Impeding Certain Officers) ;
18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds) ;
18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a  Restricted Building or Grounds) ;
18 U.S.C. § 1752(a)(4) (Engaging in Physical Violence in a Restricted Building or Grounds) ;
40 U.S.C. § 5104(e)(2)(D),(F) & (G) (Disorderly Conduct in a Capitol Building), (Act of Physical Violence in the Capitol Grounds or Buildings)
& (Parading, Demonstrating, or Picketing in a Capitol Building) .

2023.04.07 12:50:48
-04'00'

Issuing officer's signature

Date:     04/07/2023

Robin M. Meriweather, U.S. Magistrate Judge

Printed name and title

City and state:     Washington, D.C.

### Return

This warrant was received on (date)  4/7/23 , and the person was arrested on (date)  4/11/23

at (city and state)  Chama, NM

Craig Monroney  -FBI-SA

Arresting officer's signature

Date:  4/11/23

Craig Monroney  -FBI-SA

Printed name and title