## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | Criminal Action No. 23-367 (RBW) |
| ROCKNE EARLES, | ) | |
| Defendant. | ) | |

### ORDER

Upon consideration of the Defendant's Unopposed Motion to Continue Status Conference, ECF No. 24, and for good cause shown, it is hereby

**ORDERED** that the Defendant's Unopposed Motion to Continue Status Conference, ECF No. 24, is **GRANTED IN PART AND HELD IN ABEYANCE IN PART**. The motion is **GRANTED** to the extent that it seeks to continue the status hearing currently scheduled for January 26, 2024. The motion is **HELD IN ABEYANCE** in all other respects, pending the filing of a notice signed by the defendant regarding the Speedy Trial Act. It is further

**ORDERED** that the status hearing currently scheduled for January 26, 2024, via videoconference, is **CONTINUED** to March 26, 2024, at 2:00 p.m. It is further

**ORDERED** that, on or before January 29, 2024, the defendant shall file a signed notice indicating whether he waives his Speedy Trial Act rights from January 26, 2024, to March 26, 2024.

**SO ORDERED** this 22nd day of January, 2024.

REGGIE B. WALTON
United States District Judge

1