UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>ROCKNE EARLES,   )<br>)<br>Defendant.   )<br>) | Criminal Action No. 23-367 (RBW) |

### ORDER

Upon consideration of the Defendant's Unopposed Motion to Continue Scheduling Hearing by Sixty (60) Days, ECF No. 28, and for good cause shown, it is hereby

**ORDERED** that the Defendant's Unopposed Motion to Continue Scheduling Hearing by Sixty (60) Days, ECF No. 28, is **GRANTED IN PART AND HELD IN ABEYANCE IN PART**. The motion is **GRANTED** to the extent that it seeks to continue the status hearing currently scheduled for March 26, 2024. The motion is **HELD IN ABEYANCE** in all other respects, pending the filing of a notice signed by the defendant regarding the Speedy Trial Act. It is further

**ORDERED** that the status hearing currently scheduled for March 26, 2024, via videoconference, is **CONTINUED** to May 28, 2024, at 2:30 p.m. It is further

**ORDERED** that, on or before March 25, 2024, the defendant shall file a signed notice indicating whether he waives his Speedy Trial Act rights from March 26, 2024, to May 28, 2024.

**SO ORDERED** this 20th day of March, 2024.

REGGIE B. WALTON<br>
United States District Judge

1