IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

   v.                                                                                     Case No. 23-cr-00367-RBW

ROCKNE EARLES,

   Defendant.

## Defendant's Unopposed Motion to Modify Conditions of Release

Mr. Earles has complied with the pre-trial urinalysis requirement for over a year without violation. In addition, Mr. Earles must travel a significant distance from his home to complete testing. The specific condition can be found in the Order Setting Conditions of Release in subsection (n) that obliges Mr. Earles to submit to testing for prohibited substances. Doc. 7. Undersigned Counsel has contacted the prosecuting Assistant United States Attorney, Sean Brennan, and he does not oppose this Motion. Therefore, Mr. Earles, through counsel, hereby moves this honorable Court to modify Mr. Earles' Conditions of Release to relieve him of his obligation to submit to urinalysis testing for prohibited substances.

                                                                                Respectfully Submitted,

                                                                                **FEDERAL PUBLIC DEFENDER**
                                                                                111 Lomas Blvd. NW, Suite 501
                                                                                Albuquerque, NM 87102
                                                                                T: (505) 346-2489
                                                                                F: (505) 346-2494
                                                                                Martin_Juarez@fd.org

                                                                                **/s/ *Electronically filed May 28, 2024***
                                                                                MARTÍN JUÁREZ
                                                                                Assistant Federal Public Defender
                                                                                Attorney for Mr. Earles